## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| STEPHEN AND MELINDA HAWKINS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: **CV421-335** |
| v. | ) ) ) | |
| CALVIN MILLS AND OAKLEY TRANSPORTATION GROUP, INC., D/B/A OAKLEY TRANSPORT, INC., | ) ) ) ) | |
| Defendants. | | |

## <u>NOTICE OF REMOVAL</u>

COME NOW defendants Calvin Mills ("Mills") and Oakley Transportation Group, Inc. d/b/a Oakley Transport, Inc. ("Oakley") and file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully showing this Court the following:

1.

On September 11, 2020, plaintiffs Stephen and Melinda Hawkins filed suit against Mills and Oakley in the State Court of Effingham County, State of Georgia. A copy of the complaint and summons is attached hereto as Exhibit "A."

2.

In their complaint, plaintiffs seek to recover for personal injuries allegedly

sustained as a result of a motor vehicle accident that occurred on August 12, 2020, in Bibb County, Georgia.

3.

While plaintiffs' complaint alleges that each plaintiff sustained "past, present, and future mental and physical pain and suffering and disruption of normal life and diminution in the enjoyment of life", and "future medical expenses in an amount to be determined" among other things, and present medical expenses of $17,209.31 and $17,164.01, respectively, for an aggregate amount of $34,373.32, plaintiffs sent defendants a settlement demand before filing suit in which plaintiff demanded $100,000.00 for the settlement of plaintiff Stephen Hawkins' claims, only. Plaintiff Melinda Hawkins is seeking additional damages that have not yet been quantified but it is obvious that the aggregate amount of damages sought by plaintiffs, at the very least, exceeds $100,0000.00. A true and correct copy of plaintiff's pre-suit settlement demand is attached hereto as Exhibit "B."

4.

Accordingly, it is fair and reasonable to conclude that the amount in controversy exceeds $75,000 based on "reasonable deductions, reasonable inferences, [and] other reasonable extrapolations." Pretka v. Kolter City Plaza II, Inc. 608 F.3d 744, 754 (11th Cir. 2010).

5.

-2-

Under 28 U.S.C. § 1446(c), a defendant may file a notice of removal within thirty days of receipt through service or otherwise of an amended, pleading, motion, order, or *other paper* from which it first may be ascertained that the case is or has become removable. 28 U.S.C. § 1446(b)(3).

6.

"Other paper" is defined as any other document that is part and parcel of the State Court proceedings and has its origin and existence by virtue of the State Court processes.  In general, to constitute "other paper," the paper must result from the voluntary act of plaintiff to give the defendant notice of the circumstances that support federal jurisdiction.  Items that have been held by courts to constitute "other paper" include correspondence between parties identifying damages and losses suffered by plaintiff, depositions, discovery responses, settlement agreements, and offers of judgment.  Cameron v. Teeberry Logistics, LLC, 920 F. Supp. 2d 1309 (N.D. Ga. 2013); Bramlett v. Majric, 2012 U.S. Dist. LEXIS 133925 (N.D. Ga. 2012); Golden Apple Management Co. v. GEAC Computers, Inc., 990 F. Supp. 1364, 1368 (M.D. Ala. 1997); Wilson v. GMC, 888 F. 2d 779 (11th Cir. 1989).

7.

The Court has supplemental jurisdiction over plaintiff Melinda Hawkins' claims against the defendants because where one at least one named plaintiff in the

action satisfied the amount-in-controversy requirement, 28 U.S.C. § 1367 authorizes

supplemental jurisdiction over the claims of the other plaintiffs in the same case or

controversy. See Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 549

(2005).

8.

The thirty-day removal period does not begin to run until a defendant has

been formally served with process.  Murphy Bros. v. Michetti Pipe Stringing, Inc.,

526 U.S. 344, 347 (1999).

9.

Defendant Oakley was served with process on October 28, 2021.

10.

Defendant Mills has not yet been served with process, but has expressly

consented to the removal of this action.

11.

Defendants' Notice of Removal is timely and the matter and amount in

controversy requirement of 28 U.S.C. § 1332 is satisfied.

12.

According to plaintiffs' complaint, they are both citizens and residents of the

State of Georgia. (Complaint ¶1).

13.

Defendant Oakley is a Florida corporation with a principal place of business in Lake Wales, Florida, as shown by the entity's corporate entry with the Florida Secretary of State, a copy of which is attached as Exhibit "C". Oakley's citizenship is therefore established in the State of Florida for diversity of citizenship purposes. See 28 U.S.C. § 1332(c) (providing that a corporation is deemed to be a citizen of every state in which it was incorporated, as well as the state in which it maintains its principal place of business).

14.

Defendant Mills is a citizen and resident of Spartanburg County, South Carolina, as alleged in plaintiffs' complaint. (Complaint ¶ 2).

15.

This Court has diversity jurisdiction over the suit under 28 U.S.C. § 1332 because (1) plaintiffs and defendants are citizens of different states; and (2) the amount in controversy exceeds $75,000, exclusive of interests and costs.

16.

Attached hereto as Exhibit "D" and made a part hereof by reference is a true copy of the Notice of Removal filed by defendants in the State Court of Effingham County, Georgia.

17.

Attached hereto as Exhibit "E" are copies of all pleadings served upon defendants in this case.

WHEREFORE,  defendants Oakley and Mills pray that the case be removed to the United States District Court for the Southern District of Georgia, Savannah Division.

This 22nd day of November, 2021.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren P. Kamensky*

_____

Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## CERTIFICATE

Defendants in the case of <u>Stephen and Melinda Hawkins v. Calvin Mills and Oakley Transportation Group, Inc. D/B/A/ Oakley Transport, Inc.,</u> Civil Action File No.STCV2021000284, in the State Court of Effingham County, Georgia, have given notice of the filing of the foregoing notice of removal to plaintiffs <u>Stephen and Melinda Hawkins</u>, and their attorneys, by mailing a copy of the notice to Kenneth S. Nugent, P.C., One Bull Street, Suite 400, Savannah, Georgia 31401, and have filed a copy of the Notice of Removal with the Clerk of the State Court of Effingham County, Georgia, in accordance with the provisions of Title 28, United States Code, §1446, Judiciary and Judicial Procedure, as amended.  The undersigned, Lauren P. Kamensky, attorney for defendants hereby certifies to the truthfulness and correctness of the above statement.

This 22nd day of November, 2021.

**SWIFT, CURRIE, MCGHEE & HIERS, LLP**

*/s/ Lauren P. Kamensky*

_____

Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel hereby certifies that she has filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF-GA e-file and serve system which will send email notification of said filing to the following attorneys of record:

M. Brian Clements
KENNETH S. NUGENT, P.C.
One Bull Street, Suite 400
Savannah, Georgia 31401

This 22nd day of November, 2021.

SWIFT, CURRIE, McGHEE & HIERS, LLP

/s/ Lauren P. Kamensky
_____
Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendant*

1355 Peachtree Street, NE.
The Peachtree, Suite 300
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
david.atkinson@swiftcurrie.com
lauren.kamensky@swiftcurrie.com
4886-1481-1396, v. 1